Sasha Hall
14777 Perham Dr
Moreno Valley CA 92559
951-269-8144
No Fax/No Email

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

Sasha Hall

14777 Perham Dr.

Moreno Valley, CA 92553

951-269-8411

No Email / No Fax

Plaintiff in Pro Per

ED CV17-02465 JGB (KKx)

Plaintiff,

vs.

WELLS FARGO & COMPANY and WELLS

FARGO BANK, N.A.,

Defendant,

COMPLAINT FOR DAMAGES PURSUANT TO 42 U.S.C 983

DEMAND FOR JURY TRAIL

## Jurisdiction

1. This court has Jurisdiction under 28 U.S.C § 1391 because the events giving rise to this complaint happened in this district.

2. Venue is proper pursuant to 28 U.S.C § 1391 because the property at issue in this complaint is located in this district.

## Parties

Plaintiff Pro Per Sasha Hall resides at 14777 Perham Dr. Moreno Valley, CA 92553.

Defendant Wells Fargo N.A. 420 Montgomery St. San Francisco, CA 94163.

## Statement of Facts

In Conclusion, the Defendant violated my rights by the following:

1. Failing to fully disclosing job description and duties. Misleading and/or using deceptive conduct. S31 Competition Consumer Act.

2. Intentional breach of fiduciary duty 3333 and California Civil Code Section 3294.

3. Civil remedy for personal injuries 18 U.S. Code § 2255.

- Negligent infliction of emotional distress (NIED)

- Negligent infliction of emotional distress (IIED)

- Extreme emotional anxiety and outrageous conduct

-Server personality change- Depression or general unhappiness, Anxiety and agitation

-Moodiness, irritability, or anger, feeling overwhelmed, dread over anticipated events

4. Conspiracy to Defraud the United States. 923. 18 U.S.C. § 371.

To cheat the Government out of property or money, to interfere with or obstruct one of its lawful governmental functions by deceit, craft or trickery, or dishonesty.

The defendant and others have engaged in dishonest practices in connection with a program administered by a banking agency of the Government, it constitutes a fraud on the United States.

The intent required for a conspiracy to defraud the government is that the defendant possessed the intent (a) to defraud, (b) to make false statements or representations to the government or its agencies in order to obtain property/homes of the government, or that the defendant performed acts or made statements that he/she knew to be false, fraudulent or deceitful to a government agency, which disrupted the functions of the agency or of the government. It is sufficient for the government to prove that the defendant knew the statements were false or fraudulent when made. Resulted actual loss to the government of any property or funds, only that the defendant's activities impeded or interfered with legitimate governmental functions.

Reference Case # Wells Fargo FHA U.S Mortgage Fraud # 12-07527

## Claims

1. Failing to fully disclosing job description and duties. Misleading and/or using deceptive conduct. S31 Competition Consumer Act.

2. Intentional breach of fiduciary duty 3333 and California Civil Code Section 3294.

3. Civil remedy for personal injuries- 18 U.S. Code § 2255.

- Negligent infliction of emotional distress (NIED).

- Negligent infliction of emotional distress (IIED).

-Pre-term Labor and Delivery.

4. Conspiracy to Defraud the United States. 923. 18 U.S.C. § 371.

## Request for Relief

1. Tort damages, including punitive damages, which may be recovered for an intentional breach of fiduciary duty under California Civil Code Section 3333 and California Civil Code Section 3294.

2. 5. Constitutional Protection/Freedom of Speech.

    -First Amendment to the U.S. Constitution.

    -Fourteenth Amendment to the U.S. Constitution.

    -Civil Rights Act of 1871, 42 U.S.C. § 1983.

    -Civil Rights Act of 1871, 42 U.S.C.§ 1985 (2) and (3).

    -Civil Rights Attorney's Fee Act, 42 U.S.C. § 1988(b) and (c).

3. Consumer Product Safety Act of 2008 Whistleblower Protection
H.R. 4040 Section 219 15 U.S.C.

- Monetary Transactions, Whistleblower Protection Provision (amended version)
31 U.S.C. § 5328- C.

## Demand for Jury Trail

Plaintiff hereby requests a jury trial on all issues raised in this complaint.

12/11/2017

Sasha Hall

*/s/ Sasha Hall*

Plaintiff in Pro Per